IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANH GIENG                                                              PLAINTIFF

vs.                    Case No. 4:23-cv-542 – JM

SHELTER MUTUAL INSURANCE CO.                  DEFENDANT

## ORDER

Pending is Plaintiff's motion to remand this negligence action to state court. (ECF No. 8). The parties have stipulated that the amount in controversy is below the $75,000 required to establish diversity jurisdiction under 28 U.S.C. § 1332(a). Based on this stipulation, the Court finds that it does not have jurisdiction over this matter, and the Clerk is directed to remand this action to the Circuit Court of Pulaski County, Arkansas forthwith.

IT IS SO ORDERED this 7th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE